```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HUSNIKJA TOSIC,                                                :
                                          Plaintiff,           :
                                                               :        20 Civ. 9794 (LGS)
                          -against-                            :
                                                               :             ORDER
PINNACLE GROUP N.Y. LLC, et al.,                               :
                                          Defendants.          :
-------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge et al.:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 11, 2021. Dkt No. 10.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. *See* Dkt. No. 11. It is hereby

**ORDERED** that, the March 11, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order.

Dated: March 5, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**