UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUSNIJA TOSIC,
                         Plaintiff,

                         20 Civ. 9794 (LGS)

          -against-

                         ORDER

PINNACLE GROUP NY LLC, et al.
                      Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a joint status letter was due on May 10, 2021. Dkt. No. 13.

      WHEREAS, no such joint status letter was filed. It is hereby

      **ORDERED** that by **May 17, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: May 13, 2021
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**