UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
HUSNIJA TOSIC, :
                              Plaintiff, :
: 20 Civ. 9794 (LGS)
            -against- :
: ORDER
PINNACLE GROUP NY LLC, et al., :
                            Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order, a pre-motion conference for any anticipated dispositive motions is scheduled for July 29, 2021, any pre-motion letters in anticipation of a motion for summary judgment or other dispositive motion were due by July 15, 2021, and a status letter was due by July 22, 2021.  Dkt. No. 13.

      WHEREAS, no such pre-motion letters were filed.

      WHEREAS, no such status letter was filed.

      WHEREAS, this case is trial ready.  It is hereby

      **ORDERED** that the July 29, 2021, pre-motion conference is **CANCELLED**.  It is further

      **ORDERED** that, by **July 27, 2021**, the parties shall file a status letter as outlined in Individual Rule IV.A.2, stating whether the parties request a referral for settlement discussions.   It is further

      **ORDERED** that this case will be placed in **third place on the Court's trial-ready calendar** for a trial to begin on **January 10, 2022**, or the Court's first available date thereafter.  The Court will request a courtroom to commence a trial in this matter on or around January 10, 2021, and will notify the parties of any firm or back-up trial date when fourth quarter courtroom assignments are made (approximately a month in advance).  It is further

      **ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

           (1) Any motions *in limine* shall be filed by **October 13, 2021**.  Responses to the motions shall be filed by **November 10, 2021**.  No reply shall be filed.  The parties shall follow

the Court's Individual Rules regarding such motions.  It is further

**ORDERED** that, no later than **November 10, 2021**, the parties shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Rules.

\* \* \* \*

The parties are encouraged to contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on the list of trials to be scheduled.

Dated: July 23, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**