UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUSNIJA TOSIC,                                           :
                          Plaintiff,   :
                                                  :
            -against-                               :       21 Civ. 9794 (LGS)
                                                 :
                                                 :       <u>ORDER</u>
PINNACLE GROUP NY LLC, et al.,                  :
                                      Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 12, 2021, the Court issued an order approving the parties' proposed settlement agreement.  (Dkt. No. 23.)  It is hereby

      **ORDERED** that, by **September 3, 2021**, the parties shall file any stipulation of dismissal.

Dated: August 30, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE